IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: House, Diane | Case Number: 05 B 63970 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed: 12/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 31, 2008
Confirmed: January 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,910.00 |  |
| Secured: |  | 8,285.22 |
| Unsecured: |  | 29,042.65 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 2,318.47 |
| Other Funds: |  | 263.66 |
| Totals: | 41,910.00 | 41,910.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,000.00 | 2,000.00 |
| 2. | Chicago Municipal Employees CU | Secured | 1,493.54 | 1,493.54 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 6,791.68 | 6,791.68 |
| 4. | Capital One | Unsecured | 1,335.05 | 1,335.05 |
| 5. | Nissan Motor Acceptance Corporation | Unsecured | 185.47 | 185.47 |
| 6. | Resurgent Capital Services | Unsecured | 1,999.89 | 1,999.89 |
| 7. | Portfolio Recovery Associates | Unsecured | 9,051.91 | 9,051.91 |
| 8. | Action Card | Unsecured | 1,826.19 | 1,826.19 |
| 9. | ECast Settlement Corp | Unsecured | 743.53 | 743.53 |
| 10. | ECast Settlement Corp | Unsecured | 13,900.61 | 13,900.61 |
| 11. | Chicago Municipal Employees CU | Unsecured |  | No Claim Filed |
| 12. | University Of Chicago Medical Center | Unsecured |  | No Claim Filed |
| 13. | Small Business Ins Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 39,327.87 | $ 39,327.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 318.94 |
| 5% | 99.48 |
| 4.8% | 132.18 |
| 5.4% | 1,248.08 |
| 6.5% | 495.28 |
| 6.6% | 24.51 |
|  | $ 2,318.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  House, Diane

Printed: 11/25/08

Case Number:  05 B 63970
Judge:  Goldgar, A. Benjamin
Filed:  12/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

